

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LINDA S. RESTREPO and CARLOS E. RESTREPO d/b/a COLLECTIVELY RDI GLOBAL SERVICES and R&D INTERNATIONAL, | § § § | No. 08-13-00183-CV |
| | § | Appeal from the |
| Appellants, | § | County Court at Law No. 5 |
| v. | § | of El Paso County, Texas |
| ALLIANCE RIGGERS & CONSTRUCTORS, LTD., | § § | (TC# 2012-DCV-04523) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court correctly denied the request for a special appearance on May 31, 2013. We therefore affirm the trial court's order denying the request for a special appearance, in accordance with the opinion of this Court.

It appearing to this Court that Appellants are indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF FEBRUARY, 2014.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Chew, C.J. (Senior Judge)
Chew, C.J. (Senior Judge)(Sitting by Assignment)